UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DIPIERDOMENICO and ANDREA DIPIERDOMENICO, Plaintiffs | Judge Joanna Seybert<br>Magistrate Judge Gary R. Brown |
| v. | Case No. 2:19-CV-4008-JS-GRB |
| UNITED STATES of AMERICA | |

| | |
|---|---|
| JOHN DIPIERDOMENICO and ANDREA DIPIERDOMENICO, Plaintiffs | Case No. 2:19-CV-854-JS-GRB |
| v. | |
| UNITED STATES of AMERICA | |

NOTICE OF SUBSTITUTION OF COUNSEL

Take notice that Andrew De Mello, attorney for the United States in the above-captioned actions, substitutes Jordan A. Konig as counsel of record. Jordan Konig's contact information is as follows:

> Jordan A. Konig
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 55, Ben Franklin Station
> Washington, D.C.  20044
> Telephone: (202) 305-7917
> Email: Jordan.A.Konig@usdoj.gov

Jordan A. Konig is admitted to practice in this court, and consents to appear in this case as counsel for the United States of America.

Counsel for the Plaintiff United States of America,

RICHARD ZUCKERMAN
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division


*/s/Andrew A. De Mello*
ANDREW A. DE MELLO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, D.C.  20044
Telephone: (202) 307-1372
Fax: (202) 514-52

I consent to the above substitution.


RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Tax Division, U.S. Dept. of Justice

*/s/ Jordan A. Konig (signed with consent)*

Counsel for Plaintiff United States

Certificate of Service

I certify that I filed the foregoing on October 12, 2019, with the Clerk of the Court using the CM/ECF system, which sent notice of the filing to all registered participants.

*/s/Andrew A. De Mello*